**2003–2118. State ex rel. Gains v. Maloney.**

In Prohibition. On S.Ct.Prac.R. X(5) determination. Sua sponte, alternative writ granted.

PFEIFER and LUNDBERG STRATTON, JJ., dissent and would grant a peremptory writ.

**2003–2131. State v. Schick.**

Butler App. No. CA2002–10–261, 2003-Ohio-3700. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2003–2142. State ex rel. Lewis v. Collins.**

In Mandamus. On motion for stay of trial court proceedings with motion for imposition of sanctions. Motion denied.

**2003–2176. Dukes v. Hunter.**

Tuscarawas App. No. 2003AP040035, 2003-Ohio-6401. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., and O'CONNOR, J., dissent.

**2003–2200. The Villas at St. Therese Assisted Living v. Hahn.**

Franklin App. No. 03AP–1126. On motion for stay of preliminary injunction. Motion denied.

# APPEALS ACCEPTED FOR REVIEW

**2003–1851. Massillon City School Dist. Bd. of Edn. v. Massillon.**

Stark App. No. 2002CA00368, 2003-Ohio-4812. Discretionary appeal and cross-appeal accepted.

PFEIFER, J., dissents.

**2003–1886. State v. Roux.**

Belmont App. No. 02BA11, 154 Ohio App.3d 296, 2003-Ohio-4876, 797 N.E.2d 112. Discretionary appeal accepted; cause consolidated with 2003–1887, *State v. Roux,* Belmont App. No. 02BA11, 154 Ohio App.3d 296, 2003-Ohio-4876, 797 N.E.2d 112; causes held for the decision in 2003–1048 and 2003–1049, *State v. White,* Guernsey App. No. 02CA23, 2003-Ohio-2289; and briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–1947. Belmont Cty. Sheriff v. Fraternal Order of Police, Ohio Labor Council, Inc.**

Belmont App. No. 03BE8, 2003-Ohio-5154 and 2003-Ohio-6095.

LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., dissent.